**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355
*Attorneys for Plaintiff Dustin Kelter*

*[Additional attorneys listed on following page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN KELTER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COX AUTOMOTIVE CORPORATE SERVICES, LLC, a Delaware Limited Liability Company; MANHEIM REMARKETING, INC., a Delaware Corporation, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 8:19-cv-02447-FLA-ADS<br><br>Assigned to Hon. Fernando L. Aenlle-Rocha<br><br>**STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: October 24, 2019 |

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Thomas R. Kaufman (SBN 177936)
tkaufman@sheppardmullin.com
Paul Berkowitz (SBN 251077)
pberkowitz@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Tel: (310) 228-3700
Fax: (310) 228-3701
*Attorneys for Defendants Cox Automotive Corporate Services, LLC and Manheim Remarketing, Inc*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Allison C. Eckstrom (SBN 217255)
allison.eckstrom@bclplaw.com
Bernice E. Diaz (SBN 329246)
bernice.diaz@bclplaw.com
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Tel: (949) 223-7000
Fax: (949) 223-7100

Daria Dub Carlson (SBN 150628)
daria.carlson@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Tel: (310) 576-2100
Fax: (310) 576-2200
*Attorneys for Defendant HireQuest, Inc. f/k/a Command Center Inc.*

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Dustin Kelter ("Plaintiff") and Defendants Cox Automotive Corporate Services, LLC, Manheim Remarketing, Inc., and HireQuest, Inc. f/k/a Command Center, Inc. ("Defendants"), through their respective undersigned counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned Action shall be dismissed in its entirety, with Plaintiff's individual claims dismissed with prejudice and the class claims dismissed without prejudice.

IT IS SO STIPULATED.

Dated: October 12, 2021               HAINES LAW GROUP, APC

                                By:   ___/s/ Fletcher W. Schmidt_____
                                      Fletcher W. Schmidt
                                      Attorneys for Plaintiff Dustin Kelter

Dated: October 12, 2021               SHEPPARD, MULLIN, RICHTER, HAMPTON, LLP

                                By:   ___/s/ Paul Berkowitz_____
                                      Paul Berkowitz
                                      Attorneys for Defendants Cox Automotive Corporate Services, LLC and Manheim Remarketing, Inc.

Dated: October 12, 2021               BRYAN CAVE LEIGHTON PAISNER LLP

                                By:   ___/s/ Daria Dub Carlson_____
                                      Daria Dub Carlson
                                      Attorneys for Defendant HireQuest, Inc. f/k/a Command Center Inc.

## Attestation of Holographic Signatures

    I, Fletcher W. Schmidt, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 12, 2021              */s/Fletcher W. Schmidt*
                                                   Fletcher W. Schmidt
                                                   Attorney for Plaintiff